**Order entered April 15, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00095-CV

### CHELSEA L. DAVIS, Appellant

### V.

### MCKOOL SMITH, P.C., Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC13-14215**

## ORDER

Upon review of the record in the above captioned appeal, Cause No. 05-14-00095-CV, and the appeal in Cause No. 05-13-01747-CV, *Davis v. McKool Smith P.C.*, the Court concludes that there is substantial overlap among the issues presented by the cases. Accordingly, on its own motion the Court **CONSOLIDATES** Cause No. 05-14-00095-CV into Cause No. 05-13-01747. The Court **ORDERS** that all future pleadings be filed in Cause No. 05-13-01747-CV. Appellant shall file her brief on or before May 7, 2014.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE